UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



UNITED STATES OF AMERICA,

      Plaintiff,

                                   CASE NO. 1:06-CR-32

v.

                                   HON. ROBERT HOLMES BELL

LAKENTO BRIAN SMITH,

      Defendant.

_____/

## VERDICT FORM

We the jury, after deliberating, have reached the following unanimous verdict:

1.    **Count 1**    **Conspiracy to Distribute and/or Possess With Intent to Distribute Cocaine and/or Cocaine Base ("Crack" Cocaine):**

☐ Not Guilty    ☒ Guilty

If your answer is "Not Guilty," go to Count 2 below.
If your answer is "Guilty," you must proceed to questions 1A and 1B.

    A.    **Do you find beyond a reasonable doubt that the conspiracy as a whole involved 500 grams or more of Cocaine powder?:**

        ☐ No    ☒ Yes

    B.    **Do you find beyond a reasonable doubt that the conspiracy as a whole involved 50 grams or more of Cocaine base ("Crack" Cocaine)?:**

        ☐ No    ☒ Yes

2.    **Count 2**    **Possession With Intent to Distribute Cocaine Base ("Crack" Cocaine)**:

☐ Not Guilty          ☒ Guilty

If your answer is "Not Guilty," go to Count 3 below.
If your answer is "Guilty," you must proceed to question 2A.

A.    **Do you find beyond a reasonable doubt that the defendant possessed with intent to distribute 50 grams or more of cocaine base?**:

☐ No          ☒ Yes

3.    **Count 3**    **Possession with Intent to Distribute Cocaine:**

☐ Not Guilty          ☒ Guilty

If your answer is "Not Guilty," go to Count 4 below.
If your answer is "Guilty," you must proceed to question 3A.

A.    **Do you find beyond a reasonable doubt that the defendant possessed with intent to distribute 500 grams or more of cocaine?**:

☐ No          ☒ Yes

4.    **Count 4**    **Felon in Possession of One or More Firearms:**

☐ Not Guilty          ☒ Guilty

DATED: 6-29-06

_____
JURY FOREPERSON

2