AO 247 (Rev.  11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Lakento Brian Smith | ) |
| | ) |
| | ) Case No: __1:06-cr-32-01__ |
| | ) USM No: __12631-040__ |
| Date of Original Judgment:        11/08/2006 | ) |
| Date of Previous Amended Judgment: _____ | ) Kenneth P. Tableman |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(1)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1) for a reduction in the term of imprisonment imposed based upon the First Step Act of 2018, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐DENIED.  ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    Life on Counts 1 and 2     **is reduced to**      360 months on Counts 1 and 2  . concurrent with each other and all other counts      concurrent with each other and all other counts, which remain the same

*(Complete Parts I and II of Page 2 when motion is granted)*

Upon release from imprisonment, the defendant shall be on suprvised release for a term of eight (8) years on each of Counts 1 and 2, to run concurrent with each other and all other terms of supervision as previously ordered.

Except as otherwise provided, all provisions of the judgment dated        11/08/2006        shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:        06/18/2019 | /s/ Paul L. Maloney |
| | *Judge's signature* |
| Effective Date: _____ | Paul L. Maloney, United States District Judge |
| *(if different from order date)* | *Printed name and title* |