UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,         )
      Plaintiff,             )
                           )    No. 1:06-cr-32
v.                          )
                           )    Honorable Paul L. Maloney
LAKENTO BRIAN SMITH,         )
      Defendant.          )
                           )

## ORDER DENYING MOTION FOR COMPASSIONATE RELEASE

This matter comes before the court on Defendant's motion for modification of his sentence under 18 U.S.C. § 3582(c)(1)(A)(i). (ECF No. 125). Defendant received a grant of clemency from President Joseph R. Biden Jr. (ECF No. 127). Defendant was released from the bureau of prisons on July 16, 2025.[1] Accordingly, Defendant's motion for compassionate release is moot.

**IT IS HEREBY ORDERED** that Defendant's motion for compassionate release (ECF No. 125) is **DENIED as MOOT.**

**IT IS SO ORDERED.**

Date:  August 12, 2025                   /s/ Paul L. Maloney
                                         Paul L. Maloney
                                         United States District Judge

---

[1] https://www.bop.gov/mobile/find_inmate/byname.jsp#inmate_results