# EXHIBIT A

## **Personal Letter Of Lakento B. Smith**

Dear Judge Maloney,

I write with deepest respect to request early termination of my supervised release. I accept full responsibility for my past actions and the harm they caused. My time in custody, which lasted approximately twenty (20) years, gave me the opportunity to reflect, grow, and change.

Receiving a presidential commutation of sentence was a second chance that I do not take lightly. Since my release, I have worked hard every day to prove that I am committed to living a lawful and productive life.

I am now the owner of BB Smith Trucking LLC. Building this business has required discipline, patience, and accountability. It has allowed me to provide for my family honestly and responsibly.

I am a devoted husband to my wife Malka Smith. Together, we have built a stable and supportive home. Relocating to Houston, Texas was a deliberate decision to distance myself from past influences and create a better future.

I remain fully in compliance with all conditions of supervision and have had no violations. I am grateful for the structure supervision has provided, but I believe I have demonstrated that

1

I can continue on the right path independently.

I respectfully request that this Court consider my progress and meritorious rehabilitation efforts since being released, thus, exercise its discretion to **GRANT** my attached Emergency Motion to Grant Early Termination of Supervised Release. I am committed to continue to live responsibly and contribute positively to society.

Respectfully submitted,

Date: 07/05/2026

Mr. Lakento B. Smith