# EXHIBIT B

## Support Letter of Malka Smith

Dear Judge Maloney,

My name is Mrs. Malka Smith, and I am the wife of Lakento Smith, I am writing in full support of his request for early termination of supervised release.

Since his release, I have witnessed his transformation firsthand. He is dedicated, responsible, and committed to living a lawful life. He works tirelessly through his business, BB Smith Trucking LLC, to provide for our family.

Our home is stable, structured, and focused on growth and positivity. Relocating to Houston, Texas has allowed us to build a new life away from past influences and continue moving forward.

Lakento has remained fully in compliance with all supervision requirements and has shown consistent good character. I also understand that the Probation Office supports his early termination, which reflects the trust he has earned.

After serving approximately twenty years, I truly believe he has demonstrated rehabilitation. Early termination would allow him to continue growing without limitation and being able to reach his ultimate goal of being a cross-country semi-driver.

Thank you for your time and consideration.

Respectfully submitted,

Date: 07/02/2026

_M. Smith_

Mrs. Malka Smith
2016 Main Street
Apt. # 720
Houston, TX.  77002