**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender:   Lakento Brian Smith                    Case Number: 1:06CR00032-01

Name of Sentencing Judicial Officer: The Honorable Robert Holmes Bell
U.S. District Judge

Name of Presiding Judicial Officer: The Honorable Paul L. Maloney
U.S. District Judge

Date of Original Sentence: November 1, 2006

Original Offense: Count 1: Conspiracy to Possess With Intent to Distribute 500 Grams or More of Cocaine and 50 Grams or More of Cocaine Base (Crack Cocaine); 21 U.S.C. §§ 846 and 841 (a)(1), 841(b)(1)(A)(iii) and (b)(1)(B)(ii)

Count 2: Possession With Intent to Distribute 50 Grams or More of Cocaine Base (Crack Cocaine); 21 U.S.C. § 841 (a)(1), 841 (b)(1)(A)(iii)

Count 3: Possession With Intent to Distribute 500 Grams or More of Cocaine; 21 U.S.C. § 841 (a)(1), 841(b)(1)(B)(ii)

Count 4: Felon in Possession of Firearms; 18 U.S.C. § 922(g)(1)

Original Sentence: Life as to each of Counts 1 and 2, to run concurrently; 360 months as to Count 3, to run concurrently with each of Counts 1 and 2; and 120 months as to Count 4, to run concurrently with all other Counts of imprisonment and 8 years as to Count 3 and 2 years as to Count 4, to be served concurrently of supervised release. Special Conditions: (1) no alcohol; and (2) no association with controlled substance users/possessors. Special Assessment, $400.00 (paid). Fine, $10,000.00 (balance: $7,859.87).

Type of Supervision: Supervised Release          Date Supervision Commenced: July 16, 2025
Expiration Date: July 15, 2033

Assistant U.S. Attorney: Andrew Byerly Birge          Defense Attorney: Frank Stanley

---

**PETITIONING THE COURT**

[X]   To issue a warrant

The probation officer believes Mr. Smith has violated the following condition of supervision:

Lakento Brian Smith
1:06CR00032-01

## Violation Number 1

**General Condition: The defendant shall not commit another federal, state, or local crime.**

On or about May 30, 2025, to July 2026, Mr. Smith committed the crime of Conspiracy to Launder Monetary Instruments, in violation of 18 U.S.C. § 1956(h), a felony, punishable by imprisonment for up to 20 years, a fine up to $500,000.00, or twice the value of the property involved (whichever is greater).

## Nature of Noncompliance for Violation 1

From May 30, 2025, to July 2026, Mr. Lakento Smith engaged in money laundering activities to promote and conceal drug trafficking crimes in the Western District of Michigan. According to the Criminal Complaint, Mr. Smith's co-conspirator (CC-1) is a resident of Muskegon Heights, Michigan, and is a lifelong friend of Mr. Smith. In the summer of 2025, investigators received information that Mr. Smith's CC-1 was distributing large amounts of cocaine from his residence on Highland Street, Muskegon Heights, and used a telephone number known to investigators to facilitate his drug trafficking. Mr. Smith facilitated the laundering of bulk cash from drug proceeds from CC-1 in Michigan to promote and conceal drug trafficking crimes.

On or about March 23, 2026, and April 20, 2026, an undercover agent posed as a money launderer and arranged for a bulk currency pickup from Mr. Smith's CC-1 at a Wal-Mart located at 1879 E Sherman Blvd, Muskegon, Michigan 49444. Mr. Smith used transmitted images of specific dollar bill serial numbers to ensure the security of these deliveries. The US Currency (USC) collected on both dates was subsequently deposited at a financial institution. From there, the drug proceeds were transferred to bank accounts in Mexico. It is noted that $130,000.00 USC was acquired in total from both dates.

During the investigation Mr. Smith's recorded telephone conversations were reviewed and revealed an individual identified as "Lazy" who is believed to be one of Mr. Smith's sources of supply for controlled substances in Michigan. Mr. Smith had previously mailed drug proceeds to "Lazy" as a payment for fronted drugs, but stated those proceeds were lost in the mail. It is noted that investigators have not located a law enforcement seizure of the parcel containing drug proceeds, that was apparently mailed using Mr. Smith's wife's name to protect Mr. Smith from law enforcement detection. Mr. Smith also made note that he did not conduct any business in Houston and that most of his connections were in Michigan.

US Postal Inspectors (USPI) conducted a search of United States Postal Service (USPS) business records related to Mr. Smith and his wife's address 2016 Main Street, Apt 720, Houston, Texas 77002, and identified between May 30, 2025, and March 2, 2026, ten retail parcels were shipped from Muskegon, to Mr. Smith's and his wife's apartment.

Six of these parcels were sent by USPS Priority Mail Express, including one parcel that was shipped from Muskegon, on February 27, 2026, destined for Mr. Smith's wife's apartment. This USPS Priority Mail Express parcel had a return address of CC-1's residence in Muskegon Heights. United States Postal Inspector (USPIS) noted that an individual, who identified herself as Mr. Smith's wife contacted USPS to inquire about a delay in the receipt of this USPS Priority Mail Express parcel. Mr. Smith's wife provided

USPS with a phone number and email address that belonged to Mr. Smith's wife. She also indicated that the parcel was shipped from CC-1.

USPIS were able to confirm the return address for four of the above-mentioned USPS Priority Mail Express parcels as CC-1's residence in Muskegon Heights, with three listing the sender as variations of CC-1's name or initials.

Further, five of the six USPS Priority Mail Express parcels weighed over eight ounces, with most of the parcels weighing over one pound.

While none of the above ten parcels were able to be inspected or seized, USPIS investigator training and experience, as well as drug-trafficking intelligence gathered by the USPI have demonstrated that the USPS Priority Mail Express and Priority Mail are frequently utilized by drug traffickers for shipping controlled substances and drug proceeds.

CC-1 reported no income but sent thousands of dollars to Mr. Smith to promote and conceal their drug trafficking crimes. Investigators served subpoenas on financial institutions associated with Mr. Smith, his wife, and CC-1, which revealed additional significant information about Mr. Smith's money laundering activities.

CC-1 reported no income to the State of Michigan for the years 2023 and 2024. However, from November 17, 2023, through September 17, 2025, CC-1 made 105 cash deposits into his PNC bank account totaling $167,264.45. Many of the deposits were in round dollar amounts and were clustered around certain dates. The PNC bank account was held by CC-1 in trust for an individual believed to be his adult son.

Based on the investigation, Mr. Smith directed CC-1 to specific locations and vehicles at specific times to deliver drug proceeds to a purported money laundering courier. Mr. Smith conspired with CC-1 to ensure the security of the delivery by transmitting images of specific dollar bill serial numbers. Mr. Smith and CC-1 engaged in this money laundering conspiracy to promote and conceal controlled substance distribution in the Western District of Michigan by paying for drugs already delivered.

On July 23, 2026, Mr. Smith appeared in the Southern District of Texas for an initial appearance under Case Number 1:26-MJ-00307, for Conspiracy to Launder Monetary Instruments to Promote Felony Violations of the Controlled Substances Act, and Conceal the Nature, Source, or Ownership of the Proceeds of Felony Violations of the Controlled Substances Act.  Mr. Smith was remanded to custody.

**Previous Violations**

- None.

PROB 12C (12/07)
Lakento Brian Smith
1:06CR00032-01

## U.S. Probation Officer Recommendation:

The  supervised release should be
    [X]  revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 31, 2026

Approved,                                              Respectfully submitted,

by    /s/ Natcole S. West                      by    /s/ Calvon M. Owens
      Natcole S. West                                 Calvon M. Owens
      Supervisory U.S. Probation Officer            U.S. Probation Officer
      Date: July 31, 2026                            Date: July 31, 2026

THE COURT ORDERS:

☐    No Action
☒    The Issuance of a Warrant
☐    The Issuance of a Summons
☐    Other

/s/ Paul L. Maloney

The Honorable Paul L. Maloney
U.S. District Judge

August 3, 2026

Date

4