UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                       Case No. 1:06−cr−00032−PLM

        v.                           Hon. Paul L. Maloney

LAKENTO BRIAN SMITH #12631−040,

        Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Preliminary Revocation Hearing<br>Detention Hearing |
| Date/Time: | August 5, 2026   02:30 PM |
| Magistrate Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

RAY KENT
U.S. Magistrate Judge

Dated:  August 3, 2026       By:   _/s/ Kari Belanger_____
                                       Courtroom Deputy