UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

LAKENTO BRIAN SMITH,

Defendant.
_______________________________/

Case No. 1:06-cr-032

Hon. Paul L. Maloney
United States District Judge

**MOTION TO WITHDRAW AS ATTORNEY, REQUEST FOR APPOINTMENT OF NEW ATTORNEY, AND BRIEF IN SUPPORT**

Yesterday, counsel moved to withdraw in case 1:26-cr-00084. See *United States v. Lakento Brian Smith*, 1:26-cr-00084-JMB, ECF No. 43, PageID.132-138. The allegations in that case are also the basis for the supervised release violations listed in the petition in this case. (ECF No. 132, PageID.1567-1570).

Magistrate Judge Kent granted undersigned counsel's motion today. See *United States v. Lakento Brian Smith*, 1:26-cr-00084-JMB, ECF No. 45, PageID.140. Because the potential conflict issue applies equally to this case as well as the supervised release violation, the Court should authorize withdrawal of counsel here as well.

WHEREFORE, the undersigned respectfully asks this Honorable Court for leave to withdraw as counsel for defendant Lakento Brian Smith and requests that the Court appoint new counsel.

Respectfully submitted,

SEAN R. TILTON
Federal Public Defender

Dated: August 20, 2026

/s/ James Stevenson Fisher
JAMES STEVENSON FISHER
Senior Litigator
Office of the Federal Public Defender
50 Louis, NW, Suite 300
Grand Rapids, Michigan 49503
(616) 742-7420